# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1581

**Short Case Caption:** Arbutus Biopharma Corporation v. Moderna, Inc.

**Filing Party** Appellants Moderna, Inc. and ModernaTX, Inc.

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable.  Attach additional pages as needed.  An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Reversal of the district court's order of summary judgment as to Moderna's 28 U.S.C. § 1498 defense and the corresponding portions of the final judgment.

Relief awarded below (if damages, specify):   ☒ None/Not Applicable

Briefly describe the judgment/order appealed from:

The district court granted plaintiffs-appellees' motion for summary judgment as to Moderna's 28 U.S.C. § 1498 defense and then entered a stipulated final judgment incorporating that ruling, which preserves Moderna's right to appeal the summary judgment ruling.

| Nature of Judgment (select one:) | Date of Judgment: 03/04/2026 |
|---|---|

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type)  _____
☐ Other (explain)  _____

Date: 04/13/2026

Signature: */s/ William M. Jay*

Name: William M. Jay