# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1581

**Short Case Caption:** Arbutus Biopharma Corporation v. Moderna, Inc.

**Filing Party** Arbutus Biopharma Corporation and Genevant Sciences GmbH,

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Affirmance of the district court's February 2, 2026 summary judgment order, and corresponding portions of the March 4, 2026 final judgment, regarding Moderna's affirmative defense under 28 U.S.C. § 1498.

Relief awarded below (if damages, specify): ☐ None/Not Applicable

Judgment in Plaintiffs' favor and against Defendants with respect to the vaccines that did not go directly to United States Government employees; and judgment in Defendants' favor and against Plaintiffs with respect to the 6,244,340 doses that were directly administered to United States Government employees.

Briefly describe the judgment/order appealed from:

The district court granted Plaintiff-Appellees motion for summary judgment, finding that vaccine doses that did not go directly to U.S. Government employees were not subject to an affirmative defense under 28 U.S.C. § 1498.

| Nature of Judgment (select one:) | Date of Judgment: March 4, 2026 |
|---|---|

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Date: 5/12/2026

Signature: /s David I. Berl

Name: David I. Berl