# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**ARBUTUS BIOPHARMA CORPORATION, et al.**

*Appellees,*

**v.**

**MODERNA, INC., et al.**

*Appellants.*

**Appeal No. 2026-1581**

## UNITED STATES' UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME TO FILE AMICUS BRIEF

Pursuant to Federal Rules of Appellate Procedure 26 and 27, the United States respectfully moves for a 14-day extension of time, to and including June 19, 2026, in which to file any amicus brief in support of appellants or neither party. The parties to this case have consented to this motion.

1. In 28 U.S.C. § 1498(a), Congress provided: "Whenever an invention described in and covered by a patent of the United States is used or manufactured by or for the United States without license of the owner thereof or lawful right to use or manufacture the same, the owner's remedy shall be by action against the United States in the United States Court of Federal Claims for the recovery of his reasonable and entire compensation for such use and manufacture." Here, Moderna, Inc., and ModernaTX, Inc., appeal from a district court judgment rejecting their affirmative

defense under 28 U.S.C. § 1498 to patent-infringement claims brought by appellees, Arbutus Biopharma Corporation and Genevant Sciences, GMBH. The district court concluded that most of the 500 million doses of a COVID-19 vaccine appellants produced sold to the U.S. Army per a contract with the U.S. Army were not "for the Government" within the meaning of § 1498. Appellants' opening brief is due today, May 29, 2026. The current deadline for amicus briefs in support of appellants or neither party is currently June 5, 2026. *See* Fed. R. App. P. 29(a)(6).

2. The United States respectfully requests a 14-day extension of time, to and including June 19, 2026, in which to file an amicus brief in support of appellants or neither party, if authorized by the Solicitor General. The requested extension is necessary to permit consultation with the many federal agencies with an interest in the appropriate construction of 28 U.S.C. § 1498, as well as to ensure that the Solicitor General has an adequate opportunity to determine whether and to what extent to authorize any amicus filing. *See* 28 C.F.R. § 0.20(c). The additional time will also enable government counsel to prepare any brief the Solicitor General may authorize.

3. Per Willy Jay of Goodwin Procter LLP, counsel for appellants have consented to this motion. Per Dan Richardson of Sullivan & Cromwell LLP, counsel for appellees have also consented to this motion.

Respectfully submitted,

BRAD HINSHELWOOD

/s/ McKaye L. Neumeister

MCKAYE L. NEUMEISTER
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7231*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 514-8100*
   *McKaye.L.Neumeister@usdoj.gov*

May 2026

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

ARBUTUS BIOPHARMA
CORPORATION, et al.

*Appellees,*

v.

MODERNA, INC., et al.

*Appellants.*

**Appeal No. 2026-1581**

## <u>DECLARATION</u>

I, McKaye L. Neumeister, hereby declare under penalty of perjury under 28 U.S.C. § 1746:

1. I am an attorney with the Appellate Staff of the Civil Division of the U.S. Department of Justice. I will serve as counsel for the United States in this appeal if the Solicitor General authorizes participation as amicus curiae. I make this declaration in support of the United States' unopposed motion for a 14-day extension of time in which to file an amicus brief in support of appellants or neither party, from June 5, 2026, to and including June 19, 2026.

2. All the facts set out in this motion are, to the best of my knowledge, true and correct, and are based on my personal knowledge.

Executed on this 29th day of May, 2026.

/s/ McKaye L. Neumeister
MCKAYE L. NEUMEISTER
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7231*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-8100*
  *McKaye.L.Neumeister@usdoj.gov*

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 393 words.  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word in Garamond 14-point font, a proportionally spaced typeface.

*/s/ McKaye L. Neumeister*
MCKAYE L. NEUMEISTER