NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARBUTUS BIOPHARMA CORPORATION, GENEVANT SCIENCES, GMBH,**
*Plaintiffs-Appellees*

**v.**

**MODERNA, INC., MODERNATX, INC.,**
*Defendants-Appellants*

---

2026-1581

---

Appeal from the United States District Court for the District of Delaware in No. 1:22-cv-00252-JDW, Judge Joshua D. Wolson.

---

**ON MOTION**

---

Before MAYER, *Circuit Judge*.

**O R D E R**

The United States moves unopposed for a 14-day extension of time, until June 19, 2026, to file a brief amicus curiae in this case.

The court notes that June 19, 2026, is a federal holiday.

Upon consideration thereof,

2          ARBUTUS BIOPHARMA CORPORATION v. MODERNA, INC.

IT IS ORDERED THAT:

The motion is granted to the extent that the United States's amicus brief is due no later than June 22, 2026.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 3, 2026
Date