**2026-1581**

# United States Court of Appeals for the Federal Circuit

ARBUTUS BIOPHARMA CORPORATION,
GENEVANT SCIENCES, GMBH,

*Plaintiffs-Appellees,*

– v. –

MODERNA, INC., MODERNATX, INC.,

*Defendants-Appellants.*

*On Appeal from the United States District Court for the
District of Delaware in No. 1:22-CV-00252-JDW,
Honorable Joshua D. Wolson, Judge*

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*
AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
IN SUPPORT OF APPELLANTS AND IN SUPPORT OF
REVERSAL**

SALVATORE ANASTASI
 *President, American Intellectual
  Property Law Association*
BARLEY SNYDER
Two Great Valley Parkway, Suite 110
Malvern, Pennsylvania 19355
(610) 889-3699
sanastasi@barley.com

RICHARD T. MATTHEWS
WILLIAMS MULLEN
301 Fayetteville Street,
 Suite 1700
Raleigh, North Carolina 27601
(919) 981-4000
rmatthews@williamsmullen.com

*Counsel for Amicus Curiae American Intellectual Property Law Association
(For Additional Counsel See Inside Cover)*

JUNE 5, 2026

COUNSEL PRESS
A Proceed Service
The Appellate Experts®

(800) 4-APPEAL • (132206)

CLINTON H. BRANNON
WILLIAMS MULLEN
8350 Broad Street, Suite 1600
Tysons, Virginia 22102
(703) 760-5200
cbrannon@williamsmullen.com

*Counsel for Amicus Curiae American
   Intellectual Property Law Association*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 26-1581

**Short Case Caption** Arbutus Biopharma Corp. v. Moderna, Inc.

**Filing Party/Entity** American Intellectual Property Law Association

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/05/2026

Signature: /s/ Richard T. Matthews

Name: Richard T. Mattews

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| American Intellectual Property Law Association | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐     Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☑    None/Not Applicable            ☐    Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐   Yes (file separate notice; see below)    ☐   No    ☑   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable            ☐    Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

*Amicus curiae* the American Intellectual Property Law Association ("AIPLA") respectfully moves for leave to file the attached brief in support of Defendants-Appellants Moderna, Inc. and Modernatx, Inc. and in support of reversal.

## STATEMENT OF INTEREST OF AMICUS CURIAE

The American Intellectual Property Law Association ("AIPLA") is a national bar association representing the interests of approximately 6,500 members engaged in private and corporate practice, government service, and academia. AIPLA's members represent a diverse spectrum of individuals, companies, and institutions involved directly or indirectly in the practice of patent, trade secret, trademark, and copyright law, as well as other fields of law relating to intellectual property. AIPLA's members represent both owners and users of intellectual property. AIPLA's mission includes providing courts with objective analyses to promote an intellectual property system that stimulates and rewards invention, creativity, and investment while accommodating the public's interest in healthy competition, reasonable costs, and basic fairness. AIPLA has no stake in either of the parties to this litigation or in the result of this case. AIPLA's only interest is in seeking correct and consistent interpretation of the law as it relates to intellectual property issues.

AIPLA takes no position on the ultimate merits of the questions of patent validity or infringement in this litigation. Rather, AIPLA seeks to file its brief to assist the Court in adopting the correct legal framework for analyzing when 28 U.S.C. § 1498(a) applies to the manufacture or use of products alleged to infringe a patent, including how § 1498(a) interacts with authorization and consent clauses in Government procurement contracts and when goods procured by the Government pursuant to such contracts fall within the scope of § 1498(a).

## **<u>CONCLUSION</u>**

For the foregoing reasons, AIPLA respectfully requests that the Court grant this motion for leave to file the accompanying brief in support of Defendants-Appellants.

Salvatore Anastasi
  President
**AMERICAN INTELLECTUAL
PROPERTY LAW ASSOCIATION
BARLEY SNYDER LLP**
2 Great Valley Parkway, Ste. 110
Malvern, PA 19355
Telephone: (610) 722-3899

**WILLIAMS MULLEN P.C.**

**BY:** */s/ Richard T. Matthews*
Richard T. Matthews
N.C. State Bar No. 32817
301 Fayetteville St., Ste. 1700
Raleigh, NC 27601
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
Email: rmatthews@williamsmullen.com

Clinton H. Brannon
Virginia State Bar No. 72340
8350 Broad St., Suite 1600
Tysons, VA 22102
Telephone: (703) 760-5226
Email: cbrannon@williamsmullen.com

*Counsel for Amicus Curiae*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 26-1581

**Short Case Caption:** Arbutus Biopharma Corp. v. Moderna, Inc.

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

[✔] the filing has been prepared using a proportionally-spaced typeface and includes __308_____ words.

[ ] the filing has been prepared using a monospaced typeface and includes _____ lines of text.

[ ] the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 06/05/2026

Signature: /s/ Richard T. Matthews

Name: Richard T. Matthews