# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number**   26-1581

**Short Case Caption**   Arbutus Biopharma Corporation v. Moderna, Inc.

**Filing Party/Entity**   Appellants Moderna, Inc. and ModernaTX, Inc.

---

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

---

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

---

Arbutus Biopharma Corp. v. United States, No. 1:26-cv-00446 (Fed. Cl.)

mNG Bio, LLC v. United States, Case No. 1:26-cv-00012 (Fed. Cl.) (newly added)

mNG BIO, LLC v. Moderna Inc., No. 1:26-cv-10074 (D. Mass.)

Glaxosmithkline Biologicals SA v. Moderna, Inc., No. 1:24-cv-01135 (D. Del.)

Northwestern University v. Moderna, Inc., No. 1:24-cv-01151 (D. Del.)

Bayer CropScience LLC et al. v. Moderna, Inc., No. 1:26-cv-00012 (D. Del.)

---

☐   Additional pages attached

**FORM 9A. Notice of Related Case Information**                    Form 9A (p. 2)
                                                                    March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate
   the names of parties.   Do not relist the case information.   Fed. Cir. R.
   47.5(b)(2)(A).

Genevant Sciences GmbH

GlaxoSmithKline LLC

Moderna US, Inc.

ModernaTX, Inc.

Monsanto Technology, LLC

Monsanto Company

☐     Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.**
   Do not duplicate the names of law firms, partners, and associates.    Do not relist
   case information and party names.  Fed. Cir. R. 47.5(b)(2)(B).

Kelly E. Farnan

Richards, Layton & Finger, PA

Ada Locke

Eric Speckhard

Gabrielle E. Higgins

Jamie Dohopolski

John M. Desmarais

Justin P.D. Wilcox

Karl Mullen

☑     Additional pages attached

I certify the following information and any attached sheets are accurate and complete
to the best of my knowledge.

Date: 06/16/2026

Signature:    /s/ William M. Jay

Name:         William M. Jay

***Arbutus Biopharma Corporation v. Moderna, Inc.***
**Appeal No. 26-1581**
**Form 9A – Addendum (May 29, 2026)**

**3.  Names of all law firms, partners, and associates in the cases listed above.**

*Haley A. Dunn (newly added)*

*Adam D. Harber*

*Philip N. Haunschild*

*David I. Berl*

*Shaun P. Mahaffy*

*Matthew W. Lachman*

*Andrew L. Hoffman*

*Falicia Elenberg*

*Kathryn Larkin*

*Kerri-Ann Limbeek*

*Michael E. Furrow*

*Rebecca A. Lindhorst*

*Sara M. Metzler*

*Thomas J. Derbish*

*Adrianne C. Rose*

*Alejandro V. Hernandez*

*Brian E. Farnan*

*Conly S. Wythers*

*Deanne M. Mazzochi*

*Eric R. Hunt*

*Greg L. Goldblatt*

*Heinz J. Salmen*

*Joyce K. Yao*

*Katie A. Boda*

*Kelly Baker*

*Michael J. Farnan*

*Neil B. McLaughlin*

*Rosemary Jean Piergiovanni*

*Sarah ML Wilkening*

*William A. Rakoczy*

*Gabrielle E. Higgins*

*Ben L. Wagner*

*Alan B Clement*

*LeinWeih A. Tseng*

*Wasim Bleibel*

*Allegra Juliet Padula*

*Daryl L. Wiesen*

*Elaine Herrmann Blais*

*Kevin S. Prussia*

*Riley Wyberg*

*Robert Frederickson, III*

*Tara Rose Thigpen*

*John M. Hughes*

*Katerina A. Kokkas*

*Katharine Lester Mowery*

*Katherine E. Rhoades*

*Mac S. LeBuhn*

*Mary K. Landman*

*Meg E. Fasulo*

*Rebecca T. Horwitz*

*Amy K. Wigmore*

*Anastasia Greenberg*

*Andrew J. Danford*

*Anna Wong*

*Annaleigh E. Curtis*

*Brian P. Egan*

*Disha R. Patel*

*Emily R. Whelan*

*Maria Elizabeth Trujillo*

*Travis J. Murray*

*Wenli Gu*

*Jessica R. Bernhardt*

*Alexander D. Jablonski*

*Chase A. Cobern*

*Jared M. Hoggan*

*Lucas R. Dombroski*

*Merritt D. Westcott*

*Michael C. Wilson*

*Steven G. Spears*

*Alexandra Lu*

*Matthew Ginther*

*Munck Wilson Mandala LLP*

*Goodwin Procter LLP*

*WilmerHale LLP*

*Morris, Nichols, Arsht & Tunnell LLP*

*Bartlit Beck*

*Troutman Pepper Locke LLP*

*Desmarais LLP*

*RMMS Legal*

*Farnan LLP*

*Williams & Connolly LLP*