# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 26-1581

**Short Case Caption** Arbutus Biopharma Corporation v. Moderna, Inc.

**Filing Party/Entity** Arbutus Biopharma Corporation and Genevant Sciences GmbH

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Arbutus Biopharma Corp. v. United States, Case No. 26-cv-00446 (Fed. Cl.)

GlaxoSmithKline Biologicals SA v. Moderna, Inc., No. 24-cv-1135 (D. Del.) [new case]

mNG Bio, LLC v. Moderna Inc., No. 26-cv-10074 (D. Mass.) [new case]

Bayer CropScience LLC v. Moderna, Inc., No. 26-cv-0012 (D. Del.) [new case]

Northwestern Univ. v. Moderna, Inc., No. 24-cv-1151 (D. Del.) [new case]

☐ Additional pages attached

2.  **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Genevant Sciences GmbH
GlaxoSmithKline LLC
ModernaTX, Inc.
Moderna US, Inc.
Monsanto Technology, LLC
Monsanto Company

☐    Additional pages attached

3.  **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Williams & Connolly LLP
Adam D. Harber
Philip N. Haunschild
David I. Berl
Shaun P. Mahaffy
Matthew W. Lachman
Andrew L. Hoffman
Falicia Elenberg
Kathryn Larkin

☑    Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/08/2026

Signature: /s/ David I. Berl

Name: David I. Berl

**Notice of Related Case – Addendum**
*Arbutus Biopharma Inc. v. Moderna, Inc. (26-1581)*

**3. Names of all law firms, partners, and associates in the cases listed above.**

In addition to those listed above, Appellees Arbutus Biopharma Corporation and Genevant Sciences GmbH identify the following additional law firms, partners, and associates.

- Eric C. Wiener
- Daralyn J. Durie
- Adam R. Brausa
- Jack Lane
- Kelly E. Farnan
- Alexander Walker
- David J. Shaw
- Delon A. Lier
- Ada Locke
- Eric Speckhard
- Gabrielle E. Higgins
- Jamie Dohopolski
- John M. Desmarais
- Justin P.D. Wilcox
- Karl Mullen
- Kerri-Ann Limbeek
- Michael E. Furrow
- Rebecca A. Lindhorst
- Sara M. Metzler
- Thomas J. Derbish
- Adrianne C. Rose
- Alejandro V. Hernandez
- Brian E. Farnan
- Conly S. Wythers
- Deanne M. Mazzochi
- Eric R. Hunt
- Greg L. Goldblatt
- Heinz J. Salmen
- Joyce K. Yao
- Katie A. Boda
- Kelly Baker
- Michael J. Farnan
- Neil B. McLaughlin
- Rosemary Jean Piergiovanni
- Sarah ML Wilkening
- William A. Rakoczy
- Gabrielle E. Higgins

- Andy J. Miller
- Ben L. Wagner
- Alan B Clement
- LeinWeih A. Tseng
- Wasim Bleibel
- Gabriel Ferrante
- Allegra Juliet Padula
- Daryl L. Wiesen
- Annaleigh E. Curtis
- Elaine Herrmann Blais
- Kevin S. Prussia
- Riley Wyberg
- Robert Frederickson, III
- Tara Rose Thigpen
- Zachariah Holmes
- John M. Hughes
- Katerina A. Kokkas
- Katharine Lester Mowery
- Katherine E. Rhoades
- Mac S. LeBuhn
- Mary K. Landman
- Meg E. Fasulo
- Rebecca T. Horwitz
- Amy K. Wigmore
- Anastasia Greenberg
- Andrew J. Danford
- Anna Wong
- Brian P. Egan
- Disha R. Patel
- Emily R. Whelan
- Maria Elizabeth Trujillo
- Travis J. Murray
- Wenli Gu
- Jessica R. Bernhardt
- Alexander D. Jablonski
- Chase A. Cobern
- Jared M. Hoggan
- Lucas R. Dombroski
- Merritt D. Westcott
- Michael C. Wilson
- Steven G. Spears
- Alexandra Lu
- Matthew Ginther

- Morrison & Foerster LLP
- Richards, Layton & Finger, PA
- Munck Wilson Mandala LLP
- Goodwin Procter LLP
- WilmerHale LLP
- Morris, Nichols, Arsht & Tunnell LLP
- Bartlit Beck
- Troutman Pepper Locke LLP
- Desmarais LLP
- RMMS Legal
- Farnan LLP