NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ARBUTUS BIOPHARMA CORPORATION,
GENEVANT SCIENCES, GMBH,**
*Plaintiffs-Appellees*

**v.**

**MODERNA, INC., MODERNATX, INC.,**
*Defendants-Appellants*

---

2026-1581

---

Appeal from the United States District Court for the District of Delaware in No. 1:22-cv-00252-JDW, Judge Joshua D. Wolson.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the Honorable Lamar Smith's submission of a motion for leave to file out of time a brief amicus curiae in support of appellees,

IT IS ORDERED THAT:

(1)  The briefing schedule is stayed pending the court's consideration of the motion.

2        ARBUTUS BIOPHARMA CORPORATION v. MODERNA, INC.


(2) Any opposition to the motion is due no later than seven days from the date of entry of this order. Any reply is due no later than three days from the date of service of any response.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 23, 2026
Date