No. 2026-1581

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ARBUTUS BIOPHARMA CORPORATION
and GENEVANT SCIENCES GmbH,
*Plaintiffs-Appellees,*

v.

MODERNA, INC. and MODERNATX, INC.,
*Defendants-Appellants.*

On Appeal from the United States District Court for the
District of Delaware in No. 1:22-cv-00252, Judge Joshua D. Wolson

## UNOPPOSED NOTICE TO WITHDRAW MOTION

Matthew J. Dowd
Robert J. Scheffel
Elliot A. Gee
Morris D. Young
Dowd Scheffel PLLC
1717 Pennsylvania Ave., NW
Suite 1025
Washington, D.C. 20006
(202) 559-9175
mdowd@dowdscheffel.com

Pursuant to Federal Circuit Rule 27, the Honorable Lamar Smith respectfully provides notice of withdrawal of the pending motion for leave to file an amicus brief out of time (Dkt. No. 50). Appellants and Appellees do not oppose the present notice and the request to withdraw the motion.

Former Representative Smith hereby requests that his motion for leave to file his amicus brief be withdrawn and thus deemed moot. Former Representative Smith does not wish to impede the progress or schedule of the appeal. His interest in submitting the amicus brief was solely to provide his views as a former Member of Congress with significant experience in patent-related issues and other policy concerns implicated by the application of 28 U.S.C. § 1498. He does not have any interest in delaying the adjudication of the important issues on appeal.

It has been brought to Former Representative Smith's attention that, given the changed circumstances in view of the Court's staying of the briefing schedule (Dkt. No. 51), Appellees now effectively oppose the pending motion. In view of the changed circumstances, Former Representative Smith respectfully submits that good cause and the interests of justice support the withdrawal of the pending motion, and that withdrawal will minimize any further delay such that the parties

1

can proceed with their appeal with alacrity.  Withdrawal will also avoid expending judicial resources on this contested motion.

Undersigned counsel has discussed the decision to withdraw the motion with counsel for the respective parties.  Counsel for Appellants and Appellees have each confirmed that their respective parties do not oppose the present notice and withdrawal and that they will not file a response to the present notice.

Former Representative Smith thanks the Court for its consideration of the motion and its understanding of the request to withdraw the motion.

Date: July 28, 2026

Respectfully submitted,

By: */s/ Matthew J. Dowd*
Matthew J. Dowd
Robert J. Scheffel
Elliot A. Gee
Morris D. Young
Dowd Scheffel PLLC
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, D.C. 20006
(202) 559-9175
mdowd@dowdscheffel.com

FORM 9. Certificate of Interest                                    Form 9 (p. 1)
                                                                   March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2026-1581

**Short Case Caption** Arbutus Biopharma Corp. v. Moderna, Inc.

**Filing Party/Entity** Lamar Smith

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/28/2026                    Signature:  /s/ Matthew J. Dowd

                                    Name:       Matthew J. Dowd

**FORM 9. Certificate of Interest**                                    Form 9 (p. 2)
                                                                       March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| Lamar Smith | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐  Yes (file separate notice; see below)   ☐  No   ☑  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

**FORM 19. Certificate of Compliance with Type-Volume Limitations**

**Form 19**
**July 2020**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2026-1581

**Short Case Caption:** Arbutus Biopharma Corp. v. Moderna, Inc.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __298__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: __07/28/2026__

Signature: __/s/ Matthew J. Dowd__

Name: __Matthew J. Dowd__