NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARBUTUS BIOPHARMA CORPORATION, GENEVANT SCIENCES, GMBH,**
*Plaintiffs-Appellees*

**v.**

**MODERNA, INC., MODERNATX, INC.,**
*Defendants-Appellants*

---

2026-1581

---

Appeal from the United States District Court for the District of Delaware in No. 1:22-cv-00252-JDW, Judge Joshua D. Wolson.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the Honorable Lamar Smith's unopposed motion to withdraw his motion for leave to file a brief amicus curiae out of time,

IT IS ORDERED THAT:

2        ARBUTUS BIOPHARMA CORPORATION v. MODERNA, INC.

(1)  The motion to withdraw, ECF No. 52, is granted. The motion to file an amicus brief, ECF No. 50, is withdrawn.

(2)  Moderna, Inc. and ModernaTX, Inc. may file their reply brief no later than 21 days from the date of entry of this order.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 29, 2026
Date