# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 26-1581

**Short Case Caption** Arbutus Biopharma Corporation v. Moderna, Inc.

**Filing Party/Entity** Appellants Moderna, Inc. and ModernaTX, Inc.

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Appellants' May 29, 2026, Rule 47.5 Notice of Related Case Information (ECF No. 11) identified the following as related cases:

Arbutus Biopharma Corp. v. United States, No. 26-cv-446 (Fed. Cl.)
Glaxosmithkline Biologicals SA v. Moderna, Inc., No. 1:24-cv-1135-GBW (D. Del.)
mNG BIO, LLC v. Moderna Inc., No. 1:26-cv-10074 (D. Mass.)
Northwestern University v. Moderna, Inc., No. 1:24-cv-1151 (D. Del.)
Bayer CropScience LLC et al. v. Moderna, Inc., No. 1:26-cv-12 (D. Del.)

Appellants now notice the following additional related case:
CureVac SE v. Moderna, Inc., No. 26-cv-475 (D. Del.)

☐ Additional pages attached

FORM 9A. Notice of Related Case Information

Form 9A (p. 2)
March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> GlaxoSmithKline LLC
> Moderna US, Inc.
> ModernaTX, Inc.
> Monsanto Technology, LLC
> Monsanto Company
> CureVac SE
> CureVac Manufacturing GmbH

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Kelly E. Farnan
> Richards, Layton & Finger, PA
> Ada Locke
> Eric Speckhard
> Gabrielle E. Higgins
> Jamie Dohopolski
> John M. Desmarais
> Justin P.D. Wilcox
> Karl Mullen

☑   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 08/14/2026

Signature: /s/ William M. Jay

Name: William M. Jay

***Arbutus Biopharma Corporation v. Moderna, Inc.***
**Appeal No. 26-1581**
**Form 9A – Addendum (August 14, 2026)**

### 3.  Names of all law firms, partners, and associates in the cases listed above.

Appellants identify the following law firms, partners, and associates participating in the related cases identified on the Form 9A filed herewith:

*Philip Charles Sternhell*

*Morrison & Foerster LLP*

*Eric C. Wiener*

*Daralyn J. Durie*

*Adam R. Brausa*

*Jack Lane*

*Kerri-Ann Limbeek*

*Michael E. Furrow*

*Rebecca A. Lindhorst*

*Sara M. Metzler*

*Thomas J. Derbish*

*Adrianne C. Rose*

*Alejandro V. Hernandez*

*Brian E. Farnan*

*Conly S. Wythers*

*Deanne M. Mazzochi*

*Eric R. Hunt*

*Greg L. Goldblatt*

1

*Heinz J. Salmen*

*Joyce K. Yao*

*Katie A. Boda*

*Kelly Baker*

*Michael J. Farnan*

*Neil B. McLaughlin*

*Rosemary Jean Piergiovanni*

*Sarah ML Wilkening*

*William A. Rakoczy*

*Gabrielle E. Higgins*

*Ben L. Wagner*

*Alan B Clement*

*LeinWeih A. Tseng*

*Wasim Bleibel*

*Allegra Juliet Padula*

*Daryl L. Wiesen*

*Elaine Herrmann Blais*

*Kevin S. Prussia*

*Riley Wyberg*

*Robert Frederickson, III*

*Tara Rose Thigpen*

*John M. Hughes*

*Katerina A. Kokkas*

*Katharine Lester Mowery*

*Katherine E. Rhoades*

*Mac S. LeBuhn*

*Mary K. Landman*

*Meg E. Fasulo*

*Rebecca T. Horwitz*

*Amy K. Wigmore*

*Anastasia Greenberg*

*Andrew J. Danford*

*Anna Wong*

*Annaleigh E. Curtis*

*Brian P. Egan*

*Disha R. Patel*

*Emily R. Whelan*

*Maria Elizabeth Trujillo*

*Travis J. Murray*

*Wenli Gu*

*Jessica R. Bernhardt*

*Alexander D. Jablonski*

*Chase A. Cobern*

*Jared M. Hoggan*

*Lucas R. Dombroski*

*Merritt D. Westcott*

*Michael C. Wilson*

*Steven G. Spears*

*Alexandra Lu*

*Matthew Ginther*

*Munck Wilson Mandala LLP*

*Goodwin Procter LLP*

*WilmerHale LLP*

*Morris, Nichols, Arsht & Tunnell LLP*

*Bartlit Beck*

*Troutman Pepper Locke LLP*

*Desmarais LLP*

*RMMS Legal*

*Farnan LLP*

*Ashby & Geddes* [new firm]

*Akin Gump* [new firm]

*Marshall, Gerstein & Borun LLP* [new firm]

*Andrew Colin Mayo* [new attorney]

*Anthony D. Sierra* [new attorney]

*Christopher J. Hall* [new attorney]

*Daniel Gonzalez, Jr.* [new attorney]

*Izabella N.C. Higson* [new attorney]

*Jason E. Weil* [new attorney]

*John G. Day* [new attorney]

*Kevin M. Flowers* [new attorney]

*Mark H. Izraelewicz* [new attorney]

*Matthew Alan Pearson* [new attorney]

*Michael R. Weiner* [new attorney]

*Rachel J. Elsby* [new attorney]

*Sandip H. Patel* [new attorney]

*Steven D. Maslowski* [new attorney]

*Svetlana Pavlovic* [new attorney]

*Vincent P. Jones* [new attorney]

*Gillian T. Farrell* [new attorney]

*Laura Macro* [new attorney]

*Madeleine C. Laupheimer* [new attorney]

*Timothy A. Cook* [new attorney]