No. 2026-1581

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

ARBUTUS BIOPHARMA CORP., GENEVANT SCIENCES, GmbH,

*Plaintiffs-Appellees*,

v.

MODERNA, INC., MODERNATX, INC.,

*Defendants-Appellants*.

Appeal from the U.S. District Court for the District of Delaware
C.A. No. 22-252, Judge Joshua D. Wolson

**APPELLANTS' STATEMENT OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 25.1(c)(2)**

Appellants Moderna, Inc. and ModernaTX, Inc. hereby certify that they have complied with Federal Circuit Rule 25.1(c)(2).

Respectfully submitted,

/s/ *William M. Jay*
William M. Jay
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-4000

*Counsel for Defendants-Appellants Moderna, Inc. and ModernaTX, Inc.*

August 21, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2026, I electronically filed the foregoing using the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: August 21, 2026

/s/ *William M. Jay*
William M. Jay
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC 20036
(202) 346-4000
*wjay@goodwinlaw.com*