No. 26-1581

# In the United States Court of Appeals for the Federal Circuit

ARBUTUS BIOPHARMA CORPORATION, GENEVANT SCIENCES, GMBH,

*Plaintiffs-Appellees*,

*v.*

MODERNA, INC., MODERNATX, INC.,

*Defendants-Appellants*.

On Appeal from the United States District Court for the District of Delaware, The Honorable Joshua D. Wolson (No. 1:22-CV-00252-JDW)

## PLAINTIFFS-APPELLEES' CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 25.1(C)(2)

DAVID I. BERL
ADAM D. HARBER
SHAUN P. MAHAFFY
MATTHEW W. LACHMAN
ANDREW L. HOFFMAN
KATHRYN LARKIN
WILLIAMS & CONNOLLY LLP
*680 MAINE AVE. SW*
*WASHINGTON, DC 20024*
*(202) 434-5000*
*Counsel for Plaintiffs-Appellees*

AUGUST 21, 2026

Counsel for Plaintiffs-Appellees Arbutus Biopharma Corporation and Genevant Sciences GmbH have reviewed the record and hereby certify that Plaintiffs-Appellees have complied with Federal Circuit Rule 25.1(c)(2).

August 21, 2026

Respectfully submitted,

/s/ *David I. Berl*

David I. Berl