NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARBUTUS BIOPHARMA CORPORATION, GENEVANT SCIENCES, GMBH,**
*Plaintiffs-Appellees*

**v.**

**MODERNA, INC., MODERNATX, INC.,**
*Defendants-Appellants*

---

2026-1581

---

Appeal from the United States District Court for the District of Delaware in No. 1:22-cv-00252-JDW, Judge Joshua D. Wolson.

---

**ON MOTION**

---

Before PROST, *Circuit Judge*.

**O R D E R**

Arbutus Biopharma Corporation and Genevant Sciences GmbH move to expedite this fully briefed appeal for oral argument in "November 2026, or as soon thereafter as the [c]ourt's schedule permits," ECF No. 59 at 15. Moderna, Inc. and ModernaTX, Inc. join the request.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that this appeal will be placed on the November 2026 calendar for oral argument.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 24, 2026
Date