**No. 26-1581**

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

ARBUTUS BIOPHARMA CORPORATION and GENEVANT SCIENCES GmbH,

*Plaintiffs-Appellees,*

v.

MODERNA, INC. and MODERNATX, INC.,

*Defendants – Appellants.*

On Appeal from the United States District Court for the District of Delaware in No. 1:22-cv-00252, Judge Joshua D. Wolson

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Defendant-Appellants Moderna, Inc. and ModernaTX, Inc. respectfully move to withdraw Jaime A. Santos as counsel because she is leaving the firm of Goodwin Procter LLP.

Jordan Bock, Joseph R. Landry, and Gabriel Ferrante of Goodwin Procter LLP; William M. Jay of Paul, Weiss, Rifkind, Wharton & Garrison LLP; James F. Hurst and Mark McLennan of Kirkland & Ellis LLP remain as counsel.

Counsel for Plaintiffs-Appellees has indicated that Plaintiffs-Appellees does not oppose this motion.

Respectfully submitted,

*/s/ Jaime A. Santos*
Jaime A. Santos

GOODWIN PROCTER LLP
1900 N St., N.W.
Washington, D.C. 20001
JSantos@goodwinlaw.com
(202) 346-4000

*Counsel for Defendants-Appellants Moderna, Inc. and ModernaTX, Inc.*

August 31, 2026

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF INTEREST

**Case Number** 26-1581

**Short Case Caption** Arbutus Biopharma Corporation v. Moderna, Inc.

**Filing Party/Entity** Appellants Moderna, Inc. and ModernaTX, Inc.

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.
2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
4. Please do not duplicate entries within Section 5.

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 08/31/2026

Signature: /s/ *Jaime A. Santos*

Name: Jaime A. Santos

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br>☐<br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br>☐ None/Not Applicable |
| Moderna, Inc. | | N/A |
| ModernaTX, Inc. | | Moderna, Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☑ Additional pages attached

| | | |
|---|---|---|
| Elizabeth Elrod | Jeanna M. Wacker | Mara L. Greenberg |
| Nancy Kaye Horstman | Noah Frank | Patricia Carson |
| Brian P. Egan | Jack B. Blumenfeld | Travis J. Murray |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below) ☐ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# Appeal No. 26-1581
# Form 9 -- Addendum

**4. Legal Representatives.** In addition to the individuals listed on Form 9, Appellants Moderna, Inc. and Moderna TX, Inc. report that the following law firm appeared for Appellants in the District of Delaware proceeding:

*Yan-Xin Li*

*Shaoyao Yu*

*Laura Ashley Harris*

*Leslie Schmidt*

*Andrew Lee*

*Brad Deem*

*Jason Wilcox*

*Alina Afinogenova*

*Caitlin Dean*

*Hannah Suh*

*Morris, Nichols, Arsht & Tunnell LLP*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 74 words, excluding the portions exempted by Rule 32(f). This motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font as provided by Rule 32(a)(5)-(6).

August 31, 2026

*/s/ Jaime A. Santos*
Jaime A. Santos

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the Court's CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

August 31, 2026

*/s/ Jaime A. Santos*
Jaime A. Santos