NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARBUTUS BIOPHARMA CORPORATION, GENEVANT SCIENCES, GMBH,**
*Plaintiffs-Appellees*

**v.**

**MODERNA, INC., MODERNATX, INC.,**
*Defendants-Appellants*

---

2026-1581

---

Appeal from the United States District Court for the District of Delaware in No. 1:22-cv-00252-JDW, Judge Joshua D. Wolson.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

The United States as amicus curiae moves unopposed for leave to participate at oral argument and to enlarge the time allotted for argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Each side shall receive 20 minutes of argument time.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 25, 2026
Date