# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 26-1581

**Short Case Caption** Arbutus Biopharma Corporation v. Moderna, Inc.

**Filing Party/Entity** Appellants Moderna, Inc. and ModernaTX, Inc.

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Appellants' August 14, 2026, Rule 47.5 Notice of Related Case Information (ECF No. 54) identified the following as related cases:

Arbutus Biopharma Corp. v. United States, No. 26-cv-446 (Fed. Cl.)
Glaxosmithkline Biologicals SA v. Moderna, Inc., No. 1:24-cv-1135-GBW (D. Del.)
mNG BIO, LLC v. Moderna Inc., No. 1:26-cv-10074 (D. Mass.)
Northwestern University v. Moderna, Inc., No. 1:24-cv-1151 (D. Del.)
Bayer CropScience LLC et al. v. Moderna, Inc., No. 1:26-cv-12 (D. Del.)
CureVac SE v. Moderna, Inc., No. 1:26-cv-00475 (D. Del.)

Appellants now notice the following additional related case:
Translate Bio, Inc. v. Moderna, Inc., No. 2:26-cv-08690 (D.N.J.)

☐ Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

GlaxoSmithKline LLC
Moderna US, Inc.
ModernaTX, Inc.
Monsanto Technology, LLC
Monsanto Company
CureVac SE
CureVac Manufacturing GmbH

☑ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Kelly E. Farnan
Richards, Layton & Finger, PA
Ada Locke
Eric Speckhard
Gabrielle E. Higgins
Jamie Dohopolski
John M. Desmarais
Justin P.D. Wilcox
Karl Mullen

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 9/29/2026

Signature: /s/ William M. Jay

Name: William M. Jay

***Arbutus Biopharma Corporation v. Moderna, Inc.***
**Appeal No. 26-1581**
**Form 9A – Addendum (September 29, 2026)**

**2. Names of all parties involved in the cases listed above.**

Appellants identify the following parties involved in the related cases identified on the Form 9A filed herewith:

*Translate Bio, Inc.* [new party]

*Translate Bio MA, Inc.* [new party]

*Sanofi Vaccines US Inc.* [new party]

*Vaxserve, Inc.* [new party]

**3. Names of all law firms, partners, and associates in the cases listed above.**

Appellants identify the following law firms, partners, and associates participating in the related cases identified on the Form 9A filed herewith:

*Philip Charles Sternhell*

*Morrison & Foerster LLP*

*Eric C. Wiener*

*Daralyn J. Durie*

*Adam R. Brausa*

*Jack Lane*

*Kerri-Ann Limbeek*

*Michael E. Furrow*

*Rebecca A. Lindhorst*

*Sara M. Metzler*

*Thomas J. Derbish*

*Adrianne C. Rose*

*Alejandro V. Hernandez*

*Brian E. Farnan*

*Conly S. Wythers*

*Deanne M. Mazzochi*

*Eric R. Hunt*

*Greg L. Goldblatt*

*Heinz J. Salmen*

*Joyce K. Yao*

*Katie A. Boda*

*Kelly Baker*

*Michael J. Farnan*

*Neil B. McLaughlin*

*Rosemary Jean Piergiovanni*

*Sarah ML Wilkening*

*William A. Rakoczy*

*Gabrielle E. Higgins*

*Ben L. Wagner*

*Alan B Clement*

*LeinWeih A. Tseng*

*Wasim Bleibel*

*Allegra Juliet Padula*

*Daryl L. Wiesen*

*Elaine Herrmann Blais*

*Kevin S. Prussia*

*Riley Wyberg*

*Robert Frederickson, III*

*Tara Rose Thigpen*

*John M. Hughes*

*Katerina A. Kokkas*

*Katharine Lester Mowery*

*Katherine E. Rhoades*

*Mac S. LeBuhn*

*Mary K. Landman*

*Meg E. Fasulo*

*Rebecca T. Horwitz*

*Amy K. Wigmore*

*Anastasia Greenberg*

*Andrew J. Danford*

*Anna Wong*

*Annaleigh E. Curtis*

*Brian P. Egan*

*Disha R. Patel*

*Emily R. Whelan*

*Maria Elizabeth Trujillo*

*Travis J. Murray*

*Wenli Gu*

*Jessica R. Bernhardt*

*Alexander D. Jablonski*

*Chase A. Cobern*

*Jared M. Hoggan*

*Lucas R. Dombroski*

*Merritt D. Westcott*

*Michael C. Wilson*

*Steven G. Spears*

*Alexandra Lu*

*Matthew Ginther*

*Munck Wilson Mandala LLP*

*Goodwin Procter LLP*

*WilmerHale LLP*

*Morris, Nichols, Arsht & Tunnell LLP*

*Bartlit Beck*

*Troutman Pepper Locke LLP*

*Desmarais LLP*

*RMMS Legal*

*Farnan LLP*

*Ashby & Geddes*

*Akin Gump*

*Marshall, Gerstein & Borun LLP*

*Andrew Colin Mayo*

*Anthony D. Sierra*

*Christopher J. Hall*

*Daniel Gonzalez, Jr.*

*Izabella N.C. Higson*

*Jason E. Weil*

*John G. Day*

*Kevin M.*

*Mark H. Izraelewicz*

*Matthew Alan Pearson*

*Michael R. Weiner*

*Rachel J. Elsby*

*Sandip H. Patel*

*Steven D. Maslowski*

*Svetlana Pavlovic*

*Vincent P. Jones*

*Gillian T. Farrell*

*Laura Macro*

*Madeleine C. Laupheimer*

*Timothy A. Cook*

*Robinson Miller LLC* [new firm]

*Hill Wallack, LLP* [new firm]

*Bradley Alan Suiters* [new attorney]

*Keith J. Miller* [new attorney]

*Eric I. Abraham* [new attorney]

*Kristine L. Butler* [new attorney]